Form errfilob

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217–492–4551

---

*In Re:* Virgil M. Wright, Jr.　　　　　　　　　　*Case No.:* 21–70385
　　　　　*Debtor*

　　　　　　　　　　　　　　　　　　　　　　　　*Chapter:* 7

---

**Order Striking Incorrect or Incomplete Document**

*Go to www.ilcb.uscourts.gov for ECF Procedures*


**A(n) Second Motion for Relief from Stay and for Abandonment of Real Estate (Doc #25) filed on 06/15/2021 is incorrect or incomplete.**

☐ Document filed in bankruptcy case and should be filed in adversary case.

☐ Document filed in wrong case.

☐ Your multi–part motion requests reliefs that were not selected in ECF. Re–file your multi–part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re–file.

☐ PDF is:　☐ unreadable　☐ incomplete　☐ missing

☒ PDF does not match docket entry.

☐ PDF does not match case.

☒ Other:
Per the deficiency notice dated 6/14/21, the document should be re–filed as an Amended Motion.

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 6/15/21

　　　　　　　　　　　　　　　　　　　　　　　　　/S/　Mary P. Gorman
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.