IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

In re: )
 )
VIRGIL M. WRIGHT, JR. ) Case No. 21-70385
 ) Chapter 7
 Debtor. )

## NOTICE OF INTENT TO ABANDON

NOW COMES Andrew S. Erickson, Chapter 7 Trustee, and hereby provides notice of his intent to abandon the chapter 7 estate's interest in the following assets, which, after consideration of secured debt, costs of sale, value of the assets, and potential tax consequences of sale, do not appear to have meaningful equity available for the chapter 7 estate:

| Asset Description | Petition Value | Liens | Exemptions | Estimated Net Value |
|---|---|---|---|---|
| 515 Miller St., Nokomis, IL 62075-0000, Montgomery County | $42,885.00 | $58,596.73 | $0.00 | $0.00 |
| 501 Miller St., Nokomis, IL 62075-0000, Montgomery County | $3,450.00 | $0.00 | $0.00 | $3,105.00 |
| 2014 Jeep Wrangler | Unknown | $0.00 | $0.00 | $0.00 |
| Microwave (10), table & 4 chairs (200), 48" TV (50), couch (30) | $290.00 | $0.00 | $290.00 | $0.00 |
| Zero turn lawn lawn mower (400), large sectional (200), 60" flatscreen (1000), other personal property at Miller Street residence in Nokomis Items are believed to be in possession of estranged spouse, debtor is not fully certain of current assets at residence and informed that spouse may have sold some property items. | Unknown | $0.00 | $0.00 | $0.00 |
| iphone (phone was purchased on a payment plan by girlfriend, payments are still being made); believes value of phone is about 1000 but about 800 is still owed. | $200.00 | $0.00 | $200.00 | $0.00 |
| Hunting Bow - PSX, one (1) deerhead Debtor's estranged spouse is believed to be in possession of these items. | $500.00 | $0.00 | $500.00 | $0.00 |
| 12 gauge Remington (gift from dad) (200); Remington 44 magnun (800); Remington 9mm (800); Mossberg 3030 (150) Debtor's estranged spouse is believed to be in possession of his firearms. | $1,950.00 | $0.00 | $1,950.00 | $0.00 |
| Clothes | $200.00 | $0.00 | $200.00 | $0.00 |
| Maltese cross for mother's ashes (paid 100), small urn for father's ashes (gift from daughter) | $100.00 | $0.00 | $100.00 | $0.00 |
| Misc. tools, including a tool box (wrenches, screwdrivers, socket sets, etc.), power washer, paint sprayer Debtor's estranged spouse is believed to be in possession of his tools. | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| Checking account ending in 9782: PNC | $258.37 | $0.00 | $258.37 | $0.00 |
| Nonpublic stock and businesses: Wright's Painting, Inc. Debtor formerly had this business with his father, but it was dissolved a long time ago and has not been in operation. He did try to start a painting business again in early 2020 but was unable to succeed in getting it started, only incurred the expense of trying. | $0.00 | $0.00 | $0.00 | $0.00 |
| Debtor believes he is owed a small amount for expense reimbursements from his employer and also a refund for unwanted post-petition charges from his credit counseling provider. | $300.00 | $0.00 | $300.00 | $0.00 |
| Accrued wages | $1,153.85 | $0.00 | $1,153.85 | $0.00 |

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one. If you object to the abandonment of the property listed above, you must file your written objection with the Clerk of the U.S. Bankruptcy Court at U.S. Courthouse, 226 U.S. Courthouse, 600 E. Monroe Street, Springfield, IL 62701 by **January 14, 2022**. You must also mail a copy of your objection to the trustee and the Debtor's attorney. If no objections are filed by the objection deadline, the property described above will be deemed abandoned. Go to www.ilcb.uscourts.gov for information regarding this Court's mandatory electronic filing policy.

Respectfully submitted,

**/s/ Andrew S. Erickson**
ANDREW S. ERICKSON
Chapter 7 Trustee
IL ARDC Reg. No. 6305805
PO Box 438
Decatur, IL 62525-0438
aetrustee@aericksonlaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that on December 31, 2021, he caused a copy of the foregoing to be uploaded to the Court's CM/ECF filing system. He has determined the following parties have registered with the court for electronic notice, and therefore will be sent a copy of the foregoing to the email address provided at registration:

U.S. Trustee
Jeana Reinbold
Beth Brotherton

/s/ Andrew S. Erickson

CERTIFICATE OF SERVICE

The undersigned further certifies that on December 31, 2021 he sent a copy of the foregoing via first class U.S. mail to the following

*See attached mailing matrix*

/s/ Andrew S. Erickson

+ Denotes electronic recipient
0753-3
Case 21-70385
Central District of Illinois
Springfield
Fri Dec 31 08:20:50 CST 2021

Virgil M. Wright Jr.
21144 Seven Sisters Ave.
Fillmore, IL 62032-2014

American Express National Bank c/o Zwicker &
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

First National Bank of Nokomis
122 W State St
POB 190
Nokomis, IL 62075-0190

ADT Security
c/o Tate & Kirlin Associates
580 Middletown Blvd. #240
Langhorne, PA 19047-1827

ADT Security Services, Inc.
Attn: Legal
1 Town Center Rd.
Boca Raton, FL 33486-1039

Alicia Granito
220 N. 2nd St.
Greenville, IL 62246-1002

American Express
c/o Zwicker & Associates
2300 Litton Ln.
Hebron, KY 41048-9132

American Express Customer Service
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
EL PASO, TX 79998-2284

Best Egg Loan Servicing
1523 Concord Pike
Suite 201
Wilmington, DE 19803-3656

Best Egg Loan Servicing
c/o Financial Recovery Services, Inc.
4510 W. 77th St., Ste. 200
Minneapolis, MN 55435-5507

Consumer Adjustment Co/Six Flags
12855 Tesson Ferry Road
Saint Louis, MO 63128-2911

DeWitt Savings Bank
P.O. Box 458
Clinton, IL 61727-0458

First Midwest Bank
1 Pierce Place
Itasca, IL 60143-1253

First National Bank of Nokomis
106 N. Main St.
P.O. Box 78
Moweaqua, IL 62550-0078

First National Bank of Nokomis
c/o Beavers Calvert Brotherton & Frisch
221 W. Main Cross St.
P.O. Box 320
Taylorville, IL 62568-0320

Greensky,LLC
1797 North East Expressway Suite 100
Atlanta, GA 30329-2451

HomeAdvisor, Inc.
3601 Walnut St. #81
Denver, CO 80205-4203

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jamie Lynn Wright
c/o Christopher E. Sherer
P.O. Box 2117
Springfield, IL 62705-2117

Jamie Wright
515 Miller St.
Nokomis, IL 62075-1427

Jamie Wright
c/o Chris Sherer
1 W. Old State Capitol Plz.
Suite 600
Springfield, IL 62701-1383

NHHELC/GSM&R
P.O. Box 3420
Concord, NH 03302-3420

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

| Williamsburg Village II Apts / Redwood<br>c/o Law Office of Brett M. Borland, P.C.<br>2440 Sandy Plains Road<br>Building One, Suite 200<br>Marietta, GA 30066-7208 | U.S. Trustee +<br>Office Of Nancy J. Gargula U.S. Trustee<br>401 Main St #1100<br>Peoria, IL 61602-1241 | Jeana K. Reinbold +<br>Jeana Kim Reinbold, P.C.<br>1119 S. 6th Street<br>Springfield, IL 62703-2405 |
|---|---|---|
| Andrew S. Erickson +<br>PO Box 438<br>Decatur, IL 62525-0438 | Beth E. Brotherton +<br>Beavers, Calvert, Brotherton & Frisch<br>P.O. Box 320<br>Taylorville, IL 62568-0320 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794 | (d)Illinois Department of Revenue - Bankruptc<br>PO Box 19035<br>Springfield, IL 62794-9035 |
|---|---|---|
| Indiana Department of Revenue<br>100 N. Senate Ave. N-240, MS 108<br>Indianapolis, IN 46204 | Toyota Financial Services<br>90 Crystal Run Rd., Suite 310<br>Middletown, NY 10941 | (d)Toyota Financial Services<br>P.O. Box 9490<br>Cedar Rapids, IA 52409 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34